IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | USCA No. 23-1566 |
| ) | |
| Respondent-Appellee, ) | Appeal from the |
| ) | Northern District of Illinois, |
| v. ) | Eastern Division |
| ) | |
| DERONARTE NORWOOD, ) | USDC No. 22 CV 3780 |
| ) | |
| Petitioner-Appellant. ) | Judge Franklin U. Valderrama |

## GOVERNMENT'S STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully submits this status report, in response to this Court's order of September 29, 2023 (Dkt. 19):

1. Petitioner Deronarte Norwood was convicted of one count of attempted transportation of a minor across state lines with the intent that the minor engage in prostitution, in violation of 18 U.S.C. § 2423(a) and (e), and was sentenced to 330 months' imprisonment on June 5, 2016. C.R. 119; C.R. 166.[1]

---

[1] Citations to the record in Norwood's underlying criminal case, No. 16 CR 648, are to "C.R." followed by the docket item number. Citations to the record in Norwood's direct appeal to the Seventh Circuit, No. 19-2178, are to "CA7-CR" followed by the docket item number. Citations to the record in the § 2255 district court case are to "R. " followed by the docket item number." Citations to the record in this appeal are to "Dkt." followed by the docket item number.

2. Norwood appealed, and this Court affirmed his conviction and sentence on December 14, 2020. *See United States v. Norwood*, 982 F.3d 1032 (7th Cir. 2020). Norwood then filed a "Request to Reconsider" this Court's decision. CA7-CR 59. The Court construed the filing as a motion to recall the mandate and for leave to file a petition for rehearing and denied the motion. CA7-CR 61.

3. On October 7, 2022, Norwood's *pro se* § 2255 petition was filed on the docket, which was post-marked in September 2022. R. 1. In his petition, Norwood argued that: (1) his Sixth Amendment Confrontation Clause rights were violated; (2) his trial counsel rendered ineffective assistance; (3) his sentencing counsel rendered ineffective assistance; and (4) his due process rights were violated at sentencing. R. 1.

4. On December 21, 2022, the district court dismissed Norwood's § 2255 motion as untimely and declined to issue a certificate of appealability. R. 15, 16.

5. Still acting *pro se*, Norwood filed a notice of appeal of the district court's December 21, 2022 order, which was received by the District Court Clerk on March 23, 2023. R. 17. Norwood's notice of appeal stated: "I was not notified by the court of this order nor the Judge decision. I called the Clerk's

desk March 10th 2023 to get a status update and that's when I learned of the Judge decision." R. 17.

6. The government filed two jurisdictional memoranda before this Court, arguing that it lacked appellate jurisdiction. Dkt. 10, 12.

7. On August 25, 2023, this Court ruled that "Norwood's *pro se* notice of appeal [ ] can be treated as a motion to reopen the time to appeal under Fed. R. App. P. 4(a)(6)," and remanded the case to the district court "for the limited purpose of determining whether to reopen the time to appeal under Fed. R. App. P. 4(a)(6)." Dkt. 17. The Court directed the government to file a status report advising it of the district court proceedings by November 9, 2023. Dkt. 19.

8. On September 20, 2023, the government filed a motion in the district court seeking a ruling on whether defendant's time to appeal should be reopened under Federal Rule of Appellate Procedure 4(a)(6). R. 26. In its motion, the government opposed reopening the time to appeal. *Id.* Norwood filed a response on October 11, 2023 (styled as a motion to reopen the time to appeal), and the government filed a reply on October 26, 2023. R. 28, 29. The matter is thus fully briefed, awaiting decision by the district court.

9. Accordingly, the government respectfully submits that this Court direct the government to file an additional status report in 30 days.

Dated: November 9, 2023

Respectfully Submitted.

MORRIS PASQUAL
Acting United States Attorney

By: */s/ Julia K. Schwartz*
JULIA K. SCHWARTZ
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5326
julia.schwartz@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, I electronically filed the foregoing Status Report with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within three calendar days to the following non-CM/ECF participants:

DERONARTE NORWOOD, 51636-424
USP HAZELTON
U.S. PENITENTIARY
P.O. BOX 2000
BRUCETON MILLS, WV 26525

*/s/ Julia K. Schwartz*
JULIA K. SCHWARTZ
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 353-5326
julia.schwartz@usdoj.gov